# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD CARRILLO MIRANDA, <br> Petitioner, <br> v. <br> RAYTHEL FISHER, <br> Respondent. | CASE NO. 5:15-CV-2374-PA (SK) <br><br> **JUDGMENT** |

**IT IS ADJUDGED** that the First Amended Petition for a writ of habeas corpus is denied, and the action is hereby dismissed with prejudice.

DATED: February 7, 2017

HON. PERCY ANDERSON
U.S. DISTRICT JUDGE